UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN BRINICH-BARNES, Administrator of the Estate of Garland Barnes,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, as successor via merger with Ocwen Loan Servicing, LLC,<br><br>Defendant. | Case No. 1:24-cv-01414-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>Docs. 9, 26 |

Plaintiff Helen Brinich-Barnes, Administrator of the Estate of Garland Barnes, proceeding pro se, filed the complaint in this case on November 19, 2024, naming as the defendant Ocwen Loan Servicing, LLC "as succeeded by merger by PHH Mortgage Corporation." Doc. 1. Plaintiff amended the complaint on January 23, 2025, to name as defendant "PHH Mortgage Corporation as successor via merger with Ocwen." Doc. 6. Plaintiff seeks relief for "systemic failures in servicing the mortgage loan secured by the property," and asserts claims for violation of the Real Estate Settlement Procedures Act, violation of the Consumer Financial Protection Act, violation of the Truth in Lending Act, violation of California's Homeowners Bill of Rights statutes, and violation of California's Unfair Competition Law. *See id.*

On February 18, 2025, defendant filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Doc. 9. The motion was referred to a United States magistrate

judge pursuant to 28 U.S.C. § 636 and Local Rule 302.  Doc. 13.

On May 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss be granted without leave to amend.  Doc. 26. Specifically, the magistrate judge found that plaintiff's claims are barred under the doctrine of res judicata and by the applicable statutes of limitations.  *Id*.  The findings and recommendations were served on plaintiff and notified her that any objections were to be filed within twenty-one (21) days of service.  *Id*. at 14.  On May 28, 2025, plaintiff timely filed objections.  Doc. 27. Defendant filed an opposition to the objections on June 11, 2025.  Doc. 28.  Plaintiff's objections largely restate arguments made in her opposition to defendant's motion to dismiss, Doc. 20, and are unpersuasive.  Moreover, plaintiff fails to address the magistrate judge's finding that the claims are barred by the applicable statutes of limitations.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations filed May 5, 2025, Doc. 26, are ADOPTED IN FULL;
2. Defendant's motion to dismiss, Doc. 9, is GRANTED without leave to amend, as plaintiff's claims are barred under the doctrine of res judicata and by the applicable statutes of limitations;
3. This action is DISMISSED; and
4. The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   August 3, 2025

_____
UNITED STATES DISTRICT JUDGE